FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0568

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.

JORY JERAE SONGER,

      Defendant and Appellant.

_____

O R D E R

    Appellant Jory Jerae Songer was granted an extension of time to file and serve the opening brief on or before June 8, 2024.  The opening brief is now overdue.

    IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 19, 2024.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

    The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024